UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIAN T. ETTY,**

                   **Plaintiff,**

**v.**                                          **Case No.  6:23-cv-2335-CEM-UAM**

**COMMISSIONER OF SOCIAL
SECURITY,**

                   **Defendant.**

                                          /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Brief in Opposition to the Commissioner's Decision (Doc. 19). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 25), recommending that the Court reverse the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and remand the case for further proceedings consistent with the R&R's findings, (*id.* at 9).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment accordingly.

4. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record